IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SUSAN DUKE OLLIFF,

                 Plaintiff,

v.                                          1:05-cv-1502-WSD

FEDEX GROUND PACKAGE
SYSTEM, INC., et al.,

                 Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Baverman [19]. Because no objections to the Report and Recommendation have been filed, the Court must conduct a plain error review of the record. United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), cert. denied, 464 U.S. 1050 (1984). After careful review, the Court finds no plain error in the Magistrate Judge's factual or legal conclusions.

Accordingly,

**IT IS HEREBY ORDERED** that the Court **ADOPTS AS ITS ORDER** the Magistrate Judge's Report and Recommendation. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is **DIRECTED** to close

this case.

**SO ORDERED**, this 8th day of December, 2005.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE