IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SUSAN DUKE OLLIFF,

                     **Plaintiff,**

v.                                 1:05-cv-1502-WSD

FEDEX GROUND PACKAGE
SYSTEM, INC., et al.,

                     **Defendants.**

### ORDER

This matter is before the Court on its December 8, 2005 Order adopting the Magistrate Judge's Report and Recommendation [20]. The Magistrate Judge recommended that Plaintiff's claims be dismissed with prejudice for her repeated and unjustified failures to comply with lawful orders of the Court. (R&R at 4.) The Court agreed and adopted in full the Magistrate Judge's Report and Recommendation, but incorrectly stated that Plaintiff's claims were dismissed without prejudice. (December 8, 2005 Order at 1.) Accordingly,

**IT IS HEREBY ORDERED** that, for the reasons stated in the Court's December 8, 2005 Order, the Magistrate Judge's Report and Recommendation is **ADOPTED IN FULL** and Plaintiff's Complaint is **DISMISSED WITH**

**PREJUDICE**.

**SO ORDERED**, this 13th day of December, 2005.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE